JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
AUREFLAM CORPORATION, a California corporation

## DEFENDANTS
TUYEN HUY NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II, et al.

(b) County of Residence of First Listed Plaintiff Sacramento
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

John C. Gorman
Gorman & Miller, P.C.
210 N Fourth Street, Suite 200
San Jose, CA 95112 (408) 297-2222

Attorneys (If Known)

ADR
E-filing
C08 01910 BZ

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 365 Personal Injury — Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | | | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 660 Occupational Safety/Health | [X] 840 Trademark | [ ] 480 Consumer Credit |
| | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | LABOR | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 195 Contract Product Liability | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| | | | [ ] 790 Other Labor Litigation | | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: | | | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | IMMIGRATION | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 463 Habeas Corpus - Alien Detainee | | |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC Sections 1114 and 1125

Brief description of cause:
Lenham Act service mark infringement

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ TBD
- CHECK YES only if demanded in complaint: JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE 04/09/08
SIGNATURE OF ATTORNEY OF RECORD

John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA. 95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for Plaintiff
AUREFLAM CORPORATION

ADR  E-filing

ORIGINAL FILED

APR 1 0 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C08 01910 BZ

AUREFLAM CORPORATION, a California corporation;

    Plaintiff,

v.

TUYEN HUY NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; TU TIEN NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; LONG CUU VU, individually and doing business as PHO HOA HUNG II and DOES 1 through 10, inclusive;

    Defendants.

Case No.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR VIOLATION OF LANHAM ACT (15 U.S.C. §§ 1114 and 1125); VIOLATION OF CAL. BUS. & PROF. CODE §§ 17200 & 17500

DEMAND FOR JURY TRIAL

Plaintiff Aureflam Corporation ("Aureflam") alleges:

JURISDICTION AND VENUE

1.  This is a civil action brought under 15 U.S.C. §§ 1114 and 1125. This court has subject matter jurisdiction over plaintiff's claims under 15 U.S.C. § 1121 and 28 U.S.C. § 1367.

Complaint                               1

1  2.   Personal jurisdiction over the defendants exists because
each of the defendants resides in this district and/or has
participated in, authorized, controlled, and/or ratified misconduct
of the other defendants as alleged herein, which conduct has had an
effect on commerce occurring within this district and the State of
California.

3.   Venue is proper pursuant 28 U.S.C. § 1391(b)(1) because
at least one defendant resides in this judicial district and all
defendants reside in the State of California.  Venue is also proper
pursuant 28 U.S.C. § 1391(b)(2) because a substantial part of the
events and/or omissions giving rise to plaintiff's claims occurred
within this judicial district.

## DESCRIPTION OF THE PARTIES

4.   Plaintiff Aureflam is a California corporation which
maintains its principal place of business at 1420 Fulton Avenue,
Building B, Sacramento, California 95825.  Plaintiff is engaged in
the business of operating and licensing restaurants serving
Vietnamese-style cuisine under the name "Pho Hoa."  Its "Pho Hoa"
service mark has been used in interstate commerce in connection
with the operation of Vietnamese-style restaurants since January
1983.

5.   On information and belief, defendants Tuyen Huy Nguyen
and Tu Tien Nguyen are individuals who are doing business under the
fictitious business name of Pho Hoa Hung at a restaurant located at
2211 International Boulevard, Oakland, California 94541 and who
also do business under the fictitious business name of Pho Hoa Hung
II at a restaurant located at 410 West A Street, Hayward,
California 94541.  On further information and belief, defendant

1  Long Cuu Vu is also doing business in conjunction with defendants
2  Tuyen Huy Nguyen and Tu Tien Nguyen, including doing business under
3  the fictitious business name of Pho Hoa Hung II at the restaurant
4  located at 410 West A Street, Hayward, California 94541

5    6.   Plaintiff is ignorant of the true names and capacities of
6  the defendants sued under the fictitious names "DOES 1 through 10,
7  inclusive."  Plaintiff is informed and believes that each such
8  fictitiously named defendant is liable in some manner for the acts
9  and omissions set forth herein.  When the true names and capacities
10 of such fictitiously named defendants are ascertained, plaintiff
11 shall amend this complaint to insert the same.

12   7.   On information and belief, at all times mentioned herein,
13 the defendants, and each of them, were acting on their own behalf
14 and/or as the agents, servants, partners, joint venturers,
15 conspirators, and/or employees of the other defendants.

16                        GENERAL ALLEGATIONS

17   8.   Aureflam is the owner of a federal registration on the
18 "Pho Hoa" service mark in International Class 42 covering the field
19 of "restaurant services."  The "Pho Hoa" service mark was
20 officially registered by Aureflam with the United States Patent &
21 Trademark Office ("USPTO") on November 19, 1996 (Registration No.
22 2,017,091).  The "Pho Hoa" mark became "incontestable" pursuant to
23 Section 15 (15 U.S.C. § 1065) and Section 33(b) (15 U.S.C. 1115(b))
24 of the Lanham Act in 2004.  As a result of plaintiff's efforts, the
25 "Pho Hoa" service mark and brand have become well known both
26 throughout the Unites States and internationally.

27   9.   Defendants presently own and/or are involved in the
28 operation of Vietnamese-style restaurants in Oakland and Hayward,

Complaint                         3

1  California that do business under the name "Pho Hoa Hung"
2  (sometimes known as "Pho Hoa Hung I") and "Pho Hoa Hung II."
3     10.  Prior to filing this lawsuit, plaintiff sent written
4  notice to the defendants demanding that they cease and desist use
5  of the "Pho Hoa Hung" mark or any other mark that is confusingly
6  similar to "Pho Hoa."
7     11.  Defendants have ignored and have not responded to
8  plaintiff's cease and desist request.

## FIRST COUNT

(Violation of the Lanham Act,

15 U.S.C. §§ 1114(1)(a) and 1125(a), Against All Defendants)

12     12.  Plaintiff Aureflam repeats and realleges the allegations
13  of paragraphs 1 through 11.
14     13.  Defendants have used, and continue to use the "Pho Hoa
15  Hung" mark in connection with the operation of their Vietnamese
16  style restaurants.  Said mark is confusingly similar to plaintiff's
17  "Pho Hoa" mark and is being used without the consent of plaintiff.
18  On information and belief, continued use of the "Pho Hoa Hung" mark
19  is likely to cause confusion, mistake, and/or deceive the public.
20     14.  On information and belief, as a direct result of the
21  defendants' conduct, Aureflam has sustained, and continues to
22  sustain, damages in an amount not yet ascertained.  In addition,
23  Aureflam is entitled to recover interest at the legal rate.
24     15.  Defendants have intentionally and willfully used the "Pho
25  Hoa Hung" mark in connection with the sale, offering for sale, or
26  distribution of goods and/or services.  Plaintiff Aureflam is
27  therefore entitled to recover judgment for three times the
28  defendants' profits or Aureflam's damages, whichever is greater,

1  together with reasonable attorney's fees and costs, pursuant to 15
2  U.S.C. § 1117(b).
3      16.  Unless defendants are enjoined from operating their
4  restaurant under the "Pho Hoa Hung" name, plaintiff Aureflam will
5  sustain, and is threatened with continuing to sustain, irreparable
6  injury for which damages and other remedies at law are inadequate.
7  Injunctive relief is also necessary to avoid a multiplicity of
8  suits based on each future violation that may be committed by the
9  defendants.

## SECOND COUNT

(Violation of Cal. Bus. & Prof. Code §§ 17200
and 17500 Against All Defendants)

17. Plaintiff Aureflam repeats and realleges the allegations of paragraphs 1 through 16.

18. Within the past four years, the defendants have engaged in acts of unfair competition and/or false advertising within the meaning of California Business & Professions Code §§ 17200 and 17500 by engaging in the above-described unlawful, unfair and fraudulent businesses practices and unfair, deceptive, untrue, and misleading advertising.

19. Plaintiff Aureflam is entitled to issuance of preliminary and permanent injunctions prohibiting further acts of unfair competition and false advertising by the defendants.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Aureflam prays for judgment against the defendants and each of them as follows:

(1) Damages and/or disgorgement of defendants' profits and ill-gotten gains according to proof, together with interest at the

```
 1 | legal rate;
 2 |       (2)  Treble damages pursuant to 15 U.S.C. § 1117(b);
 3 |       (3)  Preliminary and permanent injunctive relief;
 4 |       (4)  Costs of suit;
 5 |       (5)  Attorney's fees as permitted by law; and
 6 |       (6)  Such other relief as the court deems appropriate.
 7 |
 8 |                              GORMAN & MILLER, P.C.
 9 |
   |                              By _____
10 |                                 JOHN C. GORMAN
   |                                 Attorneys for Plaintiff
11 |                                 Aureflam Corporation
12 |
13 |
14 |
15 |
16 |                         DEMAND FOR JURY TRIAL
17 |      Pursuant to Fed. R. Civ. P. 38(b), plaintiff hereby demands
18 | trial by jury.
19 |
20 |                              GORMAN & MILLER, P.C.
21 |
   |                              By _____
22 |                                 JOHN C. GORMAN
   |                                 Attorneys for Plaintiff
23 |                                 Aureflam Corporation
24 |
25 |
26 |
27 |
28 |
```

Complaint                                      6