```
John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA  95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for Plaintiff
AUREFLAM CORPORATION
```

Filed APR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>          Plaintiff,<br><br>     v.<br><br>TUYEN HUY NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; TU TIEN NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; LONG CUU VU, individually and doing business as PHO HOA HUNG II and DOES 1 through 10, inclusive;<br><br>          Defendants. | Case No. C08 01910 BZ<br><br>PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES |

The undersigned, as counsel of record for plaintiff Aureflam Corporation, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.

      Aureflam Corporation (Plaintiff)

      Tuyen Huy Nguyen (Defendant)

      Tu Tien Nguyen (Defendant)

      Long Cuu Vu (Defendant)

Certif. of Interested Parties

1

1   These representations are made to enable the court to evaluate
2   possible disqualification or recusal.
3
4                                   GORMAN & MILLER, P.C.
5
                              By _____
6                                   JOHN C. GORMAN
                                    Attorneys for Plaintiff
7                                   Aureflam Corporation

Certif. of Interested Parties                   2