# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

June 20, 2008

To:   John C. Gorman
      Charles Joseph Stiegler
      Gorman & Miller, P.C.
      210 North Fourth Street, Suite 200
      San Jose, CA 95112


      Re: Aureflam Corporation v. Tuyen Huy Nguyen - C08-1910 BZ

Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for July 14, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within five days.

                                        Sincerely,

                                        Richard W. Wieking, Clerk
                                        United States District Court


                                        /s/ Lashanda Scott
                                        By:   Lashanda Scott
                                              Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd