UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUREFLAM CORPORATION, a California corporation;

    Plaintiff(s),

v.

TUYEN HUY NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; TU TIEN NGUYEN.

    Defendant(s).

No. C 08 01910 BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 24, 2008

Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")