```
 1  John C. Gorman, #91515
    Charles J. Stiegler, #245973
 2  GORMAN & MILLER, P.C.
    210 North Fourth Street, Suite 200
 3  San Jose, CA  95112
    (408) 297-2222 (phone)
 4  (408) 297-2224 (fax)

 5  Attorneys for Plaintiff
    AUREFLAM CORPORATION
 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12  AUREFLAM CORPORATION, a          Case No. C 08 01910 BZ
    California corporation;
13                                   PROOF OF SERVICE
              Plaintiff,
14
         v.
15
    TUYEN HUY NGUYEN,
16  individually and doing
    business as PHO HOA HUNG and
17  PHO HOA HUNG II; TU TIEN
    NGUYEN, individually and
18  doing business as PHO HOA
    HUNG and PHO HOA HUNG II;
19  LONG CUU VU, individually and
    doing business as PHO HOA
20  HUNG II and DOES 1 through
    10, inclusive;
21
              Defendants.
22

23
24       I, Jenna Cresta, declare as follows:

25       I am employed in the City of San Jose, County of Santa Clara,

26  State of California.  I am over the age of eighteen years and not a

27  party to the within action.  My business address is 210 North

28  Fourth Street, Suite 200, San Jose, California 95112.
```

1

Proof of Service, Case No. C 08 01910 BZ

On the date set forth below, I caused the following document(s):

    PLAINTIFF'S UNILATERAL CASE MANAGEMENT STATEMENT;
    CASE MANAGEMENT ORDER

To be served on interested parties by the following manner:

[X] **(BY MAIL)** By placing a true copy of said document(s), enclosed in sealed envelopes addressed as stated below, with first class postage thereon fully prepaid, for collection and mailing on the date set forth herein following ordinary business practices, in the United States Mail, San Jose, California.

Tuyen Huy Nguyen
Tu Tien Nguyen
Pho Hoa Hung
2211 International Blvd.
Oakland, CA 94606

Tuyen Huy Nguyen
Tu Tien Nguyen
Pho Hoa Hung Restaurant II
410 W. "A" Street
Hayward, CA 94541

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 22, 2008 at San Jose, California.

_____
Jenna Cresta

Proof of Service, Case No. C 08 01910 BZ