```
John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA  95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for Plaintiff
AUREFLAM CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>TUYEN HUY NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; TU TIEN NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; LONG CUU VU, individually and doing business as PHO HOA HUNG II and DOES 1 through 10, inclusive;<br><br>    Defendants. | Case No. C 08 01910 BZ<br><br>PLAINTIFF'S REQUEST TO VACATE OCTOBER 27, 2008 CASE MANAGEMENT CONFERENCE<br><br>Date:  October 27, 2008<br>Time:  4:00 p.m.<br>Place: Courtroom G, 15th Floor<br><br>Hon. Bernard Zimmerman |

Plaintiff Aureflam Corporation ("Aureflam") hereby requests that the court vacate the Case Management Conference scheduled for October 27, 2008 at 4:00 p.m.

This request is made on the ground that none of the defendants have made an appearance and they are not expected to appear at the

CMC.

Defendant Tu Tien Nguyen's default was entered on October 16, 2008, and plaintiff plans to move for default judgment against that defendant in the near future. Plaintiff has reached a tentative settlement with two other defendants, Long Cuu Vu and Tuyen Huy Nguyen. Plaintiffs' counsel is in the process of preparing a draft settlement agreement.

Aureflam proposes that the case management conference should be rescheduled sometime in or about January 2009 to allow time for execution of the proposed settlement agreement and for plaintiff to seek entry of a default judgment against Tu Tien Nguyen.

```
                              GORMAN & MILLER, P.C.


                              By:   /s/
                                 JOHN C. GORMAN
                                 Attorneys for Plaintiff
                                 Aureflam Corporation
```



REQUEST GRANTED. CASE MANAGEMENT CONFERENCE CONTINUED TO JANUARY 12, 2009 AT 4:00 P.M.

Dated: Oct. 27, 2008