John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA  95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for Plaintiff
AUREFLAM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>        Plaintiff,<br><br>    v.<br><br>TUYEN HUY NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; TU TIEN NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; LONG CUU VU, individually and doing business as PHO HOA HUNG II and DOES 1 through 10, inclusive;<br><br>        Defendants. | Case No. C 08 01910 BZ<br><br>PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date:  January 12, 2009<br>Time:  4:00 p.m.<br>Place: Courtroom G, 15th Floor<br><br>Hon. Bernard Zimmerman |

Plaintiff Aureflam Corporation ("Aureflam") hereby submits the following request to continue the Case Management Conference scheduled for January 12, 2009.

Plaintiff apologizes for the untimely submission of this statement. Plaintiff's lead counsel, John Gorman, has had a series

of medical problems over the past several months and has been out of the office for the past approximately three weeks recovering from two surgeries that took place at the Mayo Clinic in Rochester, Minnesota on December 26, 2008 and December 30, 2008.  The surgeries proved more complicated than originally expected.  Mr. Gorman is not expected to be recovered and available to resume full-time work until mid-February 2009.

None of the defendants have made an appearance and they are not expected to appear at the CMC.

Defendant Tu Tien Nguyen's default was entered on October 16, 2008.  Plaintiff has reached a tentative settlement with two other defendants, Long Cuu Vu and Tuyen Huy Nguyen.  Plaintiffs' counsel plans to prepare a draft settlement agreement and stipulated permanent injunction.  If the defendants do not execute the settlement agreement, plaintiffs will seek their default as well.

Aureflam proposes that the case management conference should be continued approximately two months to allow time for execution of the proposed settlement agreement, or, alternatively, for plaintiff to seek entry of a default judgment.



GORMAN & MILLER, P.C.


By:  ___/s/_____
     CHARLES J. STIEGLER
     Attorneys for Plaintiff
     Aureflam Corporation

1/9/2009 - Case Management Conference is
**CONTINUED** to **March 16, 2009 at 4:00 p.m.**