John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA  95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for Plaintiff
AUREFLAM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>             Plaintiff,<br><br>     v.<br><br>TUYEN HUY NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; TU TIEN NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; LONG CUU VU, individually and doing business as PHO HOA HUNG II and DOES 1 through 10, inclusive;<br><br>             Defendants. | Case No. C 08 01910 BZ<br><br>PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date:  March 16, 2009<br>Time:  4:00 p.m.<br>Place: Courtroom G, 15th Floor<br><br>Hon. Bernard Zimmerman |

Plaintiff Aureflam Corporation ("Aureflam") hereby submits the following unilateral Case Management Conference Statement.

None of the defendants have made an appearance and they are not expected to appear at the CMC.

Defendant Tu Tien Nguyen's default was entered on October 16,

2008.

Plaintiff has engaged in settlement agreements with the two other defendants, Long Cuu Vu and Tuyen Huy Nguyen, and had hoped that settlement would be reached with these two defendants.  In fact, based on the parties' discussions, plaintiff's counsel, John Gorman, has prepared and forwarded a draft settlement agreement to the defendants.  However, as of this date, the defendants still have not signed the proposed settlement agreement.  In light of the parties' apparent inability to reach a settlement, Aureflam submitted a request for entry of default as to defendants Long Cuu Vu and Tuyen Huy Nguyen on March 6, 2009.  Assuming that these defaults are entered, Aureflam plans to file a motion for entry of default judgment by no later than April 1, 2009.

Aureflam requests that the Case Management Conference be continued to permit plaintiff to seek entry of a default judgment. If for any reason the court is not inclined to continue the Case Management Conference, plaintiff's counsel requests permission to appear telephonically.



GORMAN & MILLER, P.C.

By: ___/s/_____
    JOHN C. GORMAN
    Attorneys for Plaintiff
    Aureflam Corporation

**The Case Management Conference is continued to Monday, April 27, 2009 at 4:00 p.m. Plaintiff shall serve a copy of this Order on all defendants.  Case management statements are due seven (7) days prior to the Case Management Conference.**

 **Dated:  March 11, 2009**

2