```
John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA  95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for Plaintiff
AUREFLAM CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>    Plaintiff,<br><br>  v.<br><br>TUYEN HUY NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; TU TIEN NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; LONG CUU VU, individually and doing business as PHO HOA HUNG II and DOES 1 through 10, inclusive;<br><br>    Defendants. | Case No. C 08 01910 BZ<br><br>PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO APPEAR TELEPHONICALLY<br><br>Date:  April 27, 2009<br>Time:  4:00 p.m.<br>Place: Courtroom G, 15th Floor<br><br>Hon. Bernard Zimmerman |

Plaintiff Aureflam Corporation ("Aureflam") hereby submits the following unilateral Case Management Conference Statement.

None of the defendants have made an appearance and they are not expected to appear at the CMC.

Defendant Tu Tien Nguyen's default was entered on October 16,

2008.

The defaults of Long Cuu Vu and Tuyen Huy Nguyen were entered on March 30, 2009.

Aureflam has filed a request for default judgment against all defendants. Default judgment hearing is set for June 3, 2009. Aureflam therefore requests that this Case Management Conference be continued to that date.

Plaintiff's counsel will be in trial before Judge Jeremy Fogel in Salinas on April 27, 2009. Therefore, if the CMC is not continued, counsel requests permission to appear telephonically.

```
                                    GORMAN & MILLER, P.C.


                                    By:     /s/
                                        JOHN C. GORMAN
                                        Attorneys for Plaintiff
                                        Aureflam Corporation
```

REQUEST GRANTED. CMC CONTINUED TO JUNE 3, 2009 AT 10:00 A.M.

Dated: April 27, 2009



IT IS SO ORDERED
Judge Bernard Zimmerman

2
Plaintiff's CMC Statement, Case No. C 08 01910 BZ