UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AUREFLAM CORP., | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C08-1910 BZ |
| | ) | |
| v. | ) | |
| | ) | **ORDER CONTINUING** |
| TUYEN HUY NGUYEN, et al., | ) | **STATUS CONFERENCE** |
| | ) | |
| Defendant(s). | ) | |

Plaintiff's counsel has requested a continuance of the Status conference presently scheduled for August 31, 2009. **IT IS HEREBY ORDERED,** that the status conference is continued to **Monday, September 14, 2009 at 4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Counsel for plaintiff shall serve a copy of this notice on all defendants and their counsel of record and file a proof of service with the Court.

Dated:  August 4, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\AUREFLAM\ORDER CONTINUING STATUS CONF.wpd

1