UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORP., )<br>)<br>   Plaintiff(s), )<br>)<br>   v. )<br>)<br>TUYEN HUY NGUYEN, et al., )<br>)<br>   Defendant(s). )<br>_____) | No. C08-1910 BZ<br><br>**ORDER CONTINUING<br>STATUS CONFERENCE** |

Plaintiff's counsel has requested a continuance of the Status conference presently scheduled for September 14, 2009. **IT IS HEREBY ORDERED,** that the status conference is continued to **Monday, October 5, 2009 at 4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Counsel for plaintiff shall serve a copy of this notice on all defendants and their counsel of record and file a proof of service with the Court.

Dated: September 11, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\AUREFLAM\SECOND ORDER CONTINUING STATUS CONF.wpd

1