```
 1  John C. Gorman, #91515
    GORMAN & MILLER, P.C.
    210 North Fourth Street, Suite 200
 2  San Jose, CA.  95112
    (408) 297-2222 (phone)
 3  (408) 297-2224 (fax)

 4  Attorneys for Plaintiff
    AUREFLAM CORPORATION
 5

 6  Edward J. Rodzewich, #159466
    VALERIAN, PATTERSON & STRATMAN
 7  1650 Harbor Bay Parkway, Suite 100
    Alameda, CA. 94502-3013
 8  (510) 521-0612 (phone)
    (510) 337-0125 (fax)
 9
    Attorneys for Defendants
    TUYEN HUY NGUYEN, TU TIEN NGUYEN,
10  and LONG CUU VU

11
```

|  | UNITED STATES DISTRICT COURT |  |
|---|---|---|
|  | NORTHERN DISTRICT OF CALIFORNIA |  |

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>        Plaintiff,<br><br>    v.<br><br>TUYEN HUY NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; TU TIEN NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; LONG CUU VU, individually and doing business as PHO HOA HUNG II and DOES 1 through 10, inclusive;<br><br>        Defendants. | Case No. C08 01910 BZ<br><br>STIPULATION FOR ENTRY OF PERMANENT INJUNCTION PROHIBITING USE OF SERVICE MARK; [~~PROPOSED~~] ORDER THEREON |

1

Stipulation re Permanent Injunction and Order, Case No. C08 01910 BZ

Plaintiff Aureflam Corporation ("Aureflam") and defendants Tuyen Huy Nguyen, Long Cuu Vu, and Tu Tien Nguyen ("Defendants"), by and through their counsel of record, hereby stipulate as follows:

1. Plaintiff Aureflam is a California corporation that owns, operates, and franchises Vietnamese style restaurants.

2. Aureflam owns a federal trademark registration for the mark "PHO HOA" under U.S. Trademark Registration No. 2017091, which registration has become incontestable. The registration is on the principal register and such registration is prima facie valid. The defendant hereby stipulates and agrees for all purposes that Aureflam has established that it has the exclusive right of ownership and right to use the "Pho Hoa" service mark.

3. Defendants Long Cuu Vu, Tuyen Huy Nguyen, and Tu Tien Nguyen are individuals who own or formerly owned restaurants located at 2211 International Boulevard, Oakland, California 94541 and at 410 West A Street, Hayward, California 94541 that did business as "Pho Hoa Hung" and "Pho Hoa Hung II." Aureflam never consented to such use and contends that the Defendants' use of the "Pho Hoa Hung" and "Pho Hoa Hung II" marks infringed upon its U.S. Service Mark Registration No. 2,017,091.

4. The defaults of each of the defendants have been previously entered by the court.

5. Based on the entry of the defaults and this stipulation of the parties, it is appropriate for the court to enter a permanent injunction enjoining and restraining each of the defendants from engaging in any future use of or act of infringement of Aureflam's "Pho Hoa" service mark or any name that is or may be confusingly

1 similar thereto. Consistent therewith, a permanent injunction shall
2 be entered against each of the Defendants, along with any and all of
3 their agents, servants, employees, representatives, successors, and
4 assigns, and all other persons acting for or in concert with any of
5 the foregoing persons, permanently restraining, enjoining, and
6 prohibiting such persons or entities from advertising, promoting, or
7 otherwise using the mark "PHO HOA," "PHO HOA HUNG II," any other
8 mark that contains both "PHO" and "HOA," as well as any other mark
9 that is or may be confusingly similar thereto (whether printed in
10 English, Vietnamese, Chinese, or any other language); and from
11 assisting, aiding, or abetting any other person or business entity
12 in engaging in or performing any such activities.

13   6.   The United States District Court for the Northern District
14 of California shall retain jurisdiction following dismissal of this
15 action for purpose of enforcing the terms of the permanent
16 injunction.

17   IT IS SO STIPULATED.

GORMAN & MILLER, P.C.

DATED: 10-13-09

By _____
JOHN C. GORMAN
Attorneys for Plaintiff
Aureflam Corporation

VALERIAN, PATTERSON & STRATMAN

DATED: 10-13-09

By _____
EDWARD J. RODZEWICH
Attorneys for Defendants Tuyen
Huy Nguyen, Long Cuu Vu, and Tu
Tien Nguyen

## ORDER

The court finds that plaintiff Aureflam Corporation's request for entry of a permanent injunction against is proper and should be granted. Based thereon, the court enters the following permanent injunction:

Defendants Long Cuu Vu, Tuyen Huy Nguyen, and Tu Tien Nguyen, along with any and all of their agents, servants, employees, representatives, successors, and assigns, and all other persons acting for or in concert with them or either of them, are permanently restrained, enjoined, and prohibited, immediately and forthwith, from

1. advertising, promoting or otherwise using the mark "PHO HOA" "PHO HOA HUNG II," or any other mark that contains both "PHO" and "HOA" or that is or may be confusingly similar thereto (whether printed in English, Vietnamese, Chinese, or any other language); and

2. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraph 1 above.

The United States District Court for the Northern District of California shall retain jurisdiction following dismissal of this action for purpose of enforcing the terms of this permanent injunction.

IT IS SO ORDERED.

Date: October 19, 2009

HON. BERNARD ZIMMERMAN
United States Magistrate Judge