```
John C. Gorman, #91515
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA. 95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for Plaintiff
AUREFLAM CORPORATION


Edward J. Rodzewich, #159466
VALERIAN, PATTERSON & STRATMAN
1650 Harbor Bay Parkway, Suite 100
Alameda, CA. 94502-3013
(510) 521-0612 (phone)
(510) 337-0125 (fax)

Attorneys for Defendants
TUYEN HUY NGUYEN, TU TIEN NGUYEN,
and LONG CUU VU
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>TUYEN HUY NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; TU TIEN NGUYEN, individually and doing business as PHO HOA HUNG and PHO HOA HUNG II; LONG CUU VU, individually and doing business as PHO HOA HUNG II and DOES 1 through 10, inclusive;<br><br>    Defendants. | Case No. C08 01910 BZ<br><br>STIPULATED MUTUAL DISMISSAL; [~~PROPOSED~~] ORDER THEREON |

1  Plaintiff Aureflam Corporation ("Aureflam"), and defendants
2  Long Cuu Vu, Tu Tien Nguyen, and Tuyen Huy Nguyen, by and through
3  their counsel of record, hereby stipulate that the complaint filed
4  in this action shall be dismissed, with each side to bear its own
5  attorneys' fees and costs.

6  IT IS FURTHER STIPULATED AND AGREED that the United States
7  District Court for the Northern District of California shall retain
8  jurisdiction of this action following dismissal for purpose of
9  enforcing the terms of the stipulated permanent injunction that is
10 to be entered concurrently herewith.

11 IT IS SO STIPULATED.

                                    GORMAN & MILLER, P.C.

DATED: 10-16-09                     By _____
                                    JOHN C. GORMAN
                                    Attorneys for Plaintiff
                                    Aureflam Corporation


                                    VALERIAN, PATTERSON & STRATMAN

DATED: 10-14-09                     By _____
                                    EDWARD J. RODZEWICH
                                    Attorneys for Defendants Tuyen
                                    Huy Nguyen, Long Cuu Vu, and Tu
                                    Tien Nguyen


                                    ORDER

IT IS SO ORDERED.

Date: October 19, 2009              _____
                                    HONORABLE BERNARD ZIMMERMAN
                                    United States Magistrate Judge